**IN THE UNITED STATES BANKRUPTCY COURT**
**For The Western District of Pennsylvania**

| | |
|---|---|
| In re: | Bankruptcy Case No. 09-25275-CMB |
| BRIAN S. CORRIDONI,<br>      Debtor<br>****************************** | Chapter 11 |
| | Rel. Doc. 174 & 175 |
| BRIAN S. CORRIDONI,<br>      Movant, | |
| | Hearing Date:  9/13/16 @ 1:30 PM |
|    v. | |
| NO RESPONDENT. | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR ENTRY OF DISCHARGE ORDER**
**Document No. 175**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 4, 2016 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Order Scheduling Date For Response and Hearing On Motion, objections to the Motion were to be filed and served no later than August 22, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.


Date:   August 23, 2016            *s/Michael J. Henny, Esquire*

                                         Michael J. Henny, Esquire
                                         PA Attorney I.D. No. 30734
                                         2828 Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA 15219
                                         412- 261-2640