FILED
8/24/16 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**For The Western District of Pennsylvania**

In re:                                                                  Bankruptcy Case No. 09-25275-CMB

BRIAN S. CORRIDONI,                                     Chapter 11
        Debtor                                                        Related to Docket No. 175
*******************************

BRIAN S. CORRIDONI,                                     **ENTERED BY DEFAULT**
        Movant,

   v.

NO RESPONDENT.

## ORDER OF COURT

     **AND NOW**, this ___24th___ day of ___August___, 2016, it is hereby ORDERED, ADJUDGED and DECREED, as follows:

     1)    The Court will immediately enter a Discharge Order in the Chapter 11 case of Brian S. Corridoni;

     2)    Upon entry of a Discharge Order the Clerk will immediately close the Chapter 11 case.

_____
The Honorable Carlota M. Böhm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 09-25275-CMB
Brian S. Corridoni                                                          Chapter 11
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 3                 Date Rcvd: Aug 24, 2016
                          Form ID: pdf900           Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
```
db              #+Brian S. Corridoni,    500 Rockport Place,    Wexford, PA 15090-6834
aty              +Holly C. Thurman,    Weltman, Weinberg & Reis,    1400 Koppers Bldg,    436 7th Avenue,
                   Pittsburgh, PA 15219-1842
cr                Allegheny County,    Courthouse Room 108,    436 Grant Street,    Pittsburgh, PA  15219-2497
cr               +BAC Home Loans Servicing, LP,    c/o Prober, & Raphael, a Law Corp.,
                   20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
cr               +Consumer Solutions, LLC c/o Specialized Loan Servi,    8742 Lucent Boulevard, Suite #500,
                   Highlands Ranch, CO 80129-2386
sp               +Elizabeth A. Shovlin,    436 Seventh Avenue,    Pittsburgh, PA 15219-1826
cr               +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    200 Allegheny Center Mall,
                   Pittsburgh, PA 15212-5339
r                +Julie Devita,    Prudential Preferred Realty,    9401 McKnight Road,    Pittsburgh, PA 15237-6013
intp             +Michael J. Henny,    Suite 2828 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219-1908
12325469          Bank United FSB,    P.O. Box 538613,    Atlanta, GA   30353-8613
12325468          Bank of America (VISA),    P.O. Box 15726,    Wilmington, DE   19886-5726
12462005          Bank of America, National,    Association c/o EMC Mortgage,    Corporation, Servicing Agent,
                   P.O. Box 293150,    Lewisville, TX 75029-3150
12391003         +BankUnited, FSB,    14817 Oak Lane,    Miami Lakes, Florida 33016-1517
12393706          Berkheimer Associates,    P.O. Box 905,    Bangor, PA    18013
12480878         +Berkheimer Tax Administrator, Agent for,    Marshall Twp & North Allegheny SD,
                   50 North 7th Street,    Bangor, PA 18013-1731
12325470          Best Buy,    c/o Retail Services,    P.O. Box 17298,    Baltimore, MD   21297-1298
12325471          Chase Home Finance,    P.O. Box 78420,    Phoenix, AZ   85062-8420
12430457         +Chase Home Finance LLC,    Bankruptcy Department,    3415 Vision Drive,    Columbus, OH 43219-6009
12663266         +Chase/Wamu,    Attn: OH 4-7133,    PO Box 182349,    3415 Vision Drive,    Columbus, Oh 43219-6009
12575342         +Consumer Solutions, LLC,    8742 Lucent Boulevard, Suite #500,    Highlands Ranch, CO 80129-2302
12325473          Countrywide,    P.O. Box 660694,    Dallas, TX   75266-0694
12496571         +County of Allegheny,    c/o Derek K. Koget Esq.,    437 Grant St. 14th Floor,
                   Pittsburgh PA 15219-6101
12325474         +Craig & Susan Corridoni,    943 Lincoln Avenue,    Springdale, PA 15144-1716
12325475         +David Prybock,    16 Greenwich Court,    Oakmont, PA 15139-1170
12352776         +ETrade Bank,    CLC Consumer Services,    P.O. Box 747054,    Pittsburgh, PA 15274-7054
12325477          Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH   45274-0789
12367283         +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
12325478          Fifth/Third Bank,    P.O. Box 740778,    Cincinnati, OH   45274-0778
12378852         +JP Morgan Chase Bank NA,    3415 Vision Drive,    Columbus OH 43219-6009
12473226         +JPMorgan Chase Bank,    Mailstop: JAXB2007,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
12325479         +Jason Bartolowits,    229 Summit Drive,    Pittsburgh, PA 15238-2910
12325480         +Jesse Rumbel,    213 Sixth Street, Apartment No. 2,    Pittsburgh, PA 15238-3238
12325481         +John & Lisa Vu,    212 Park Square Lane,    Pittsburgh, PA 15238-3158
12325482         +Justin & Alejandra Crowder,    704 Center Avenue,    Pittsburgh, PA 15215-2930
12325483         +Lauren Fletcher & Steve Ruberto,    213 Sixth Street, Apartment No. 3,
                   Pittsburgh, PA 15238-3238
12325484          Levin Furniture/WFNNB,    P.O. Box 659704,    San Antonio, TX    78265-9704
12345688         +NATIONAL CITY,    PO BOX 94982,    CLEVELAND, OH 44101-4982
12325485          National City Bank,    P.O. Box 5570,    Cleveland, OH   44101-0570
12325486          PNC Bank,    P.O. Box 747032,    Pittsburgh, PA   15274-7032
12325487         +Richard Melvin, Michael & Kenneth,    231 Sixth Street, Apartment No. 1,
                   Pittsburgh, PA 15238-3238
12325488         +Shinichi & Chikako Hayafune,    221 Park Square Lane,    Pittsburgh, PA 15238-3158
12433934         +The Bank of New York Mellon,    c/o BAC Home Loans Servicing, LP,
                   2380 Performance Drive, bldg C,    Mail Stop: RGV-C-32,    Richardson, TX 75082-4333
12325490          U.S. Dept. of Education,    Direct Loan Servicing Center,    P.O. Box 4609,
                   Utica, NY  13504-4609
12460276         +Vericrest Financial Inc. f/k/a The CIT Group/Sales,    715 S. Metropolitan,    Suite 150,
                   Oklahoma City, OK 73108-2057
12325491          Vericrest Financial, Inc.,    fka CIT Group/Sales Financing, Inc.,    P.O. Box 24330,
                   Oklahoma City, OK   73124-0330
12349746          WAMU,    P.O. Box 78065,    Phoenix, AZ   85062-8065
12325492          WAMU (Chase),    P.O. Box 9001123,    Louisville, KY   40290-1123
12325493         +Wells Fargo,    P.O. Box 10335,    Des Moines, IA 50306-0335
12362424         +Wells Fargo Bank, N.A.,    Bankruptcy Department,    One Home Campus MAC X2302-04C,
                   Des Moines, IA 50328-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               +E-mail/Text: cio.bncmail@irs.gov Aug 25 2016 01:38:37      Internal Revenue Service,
                   Office of Chief Counsel,    1000 Liberty Avenue,    Room 806,    Pittsburgh, PA 15222-4027
cr                E-mail/PDF: rmscedi@recoverycorp.com Aug 25 2016 01:33:52
                   Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                   Miami, FL  33131-1605
12325472          E-mail/Text: bankruptcy@clearviewfcu.org Aug 25 2016 01:39:15
                   Clearview Federal Credit Union,    8805 University Boulevard,    Moon Township, PA   15108-2580
12342772          E-mail/Text: mrdiscen@discover.com Aug 25 2016 01:38:28      DISCOVER BANK,    DFS Services LLC,
                   PO Box 3025,    New Albany, Ohio   43054-3025
```

```
District/off: 0315-2           User: gamr                   Page 2 of 3                    Date Rcvd: Aug 24, 2016
                               Form ID: pdf900              Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12325476        E-mail/Text: mrdiscen@discover.com Aug 25 2016 01:38:28     Discover Card,    P.O. Box 71084,
                 Charlotte, NC    28272-1084
12427531       +E-mail/Text: collectionbankruptcies.bancorp@53.com Aug 25 2016 01:39:40     Fifth Third Bank,
                 Bankruptcy Department/MD#RSCB3E,    1830 E Paris SE,    Grand Rapids MI 49546-6253
12466832       +E-mail/Text: bnc@bass-associates.com Aug 25 2016 01:38:27     HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13578623       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 25 2016 01:33:40     PYOD, LLC,
                 c/o Resurgent Capital Services,    Po Box 19008,    Greenville, SC 29602-9008
12367323        E-mail/PDF: rmscedi@recoverycorp.com Aug 25 2016 01:34:05
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12404702        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 25 2016 01:33:53
                 Roundup Funding, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
12325489       +E-mail/Text: birminghamtops@sba.gov Aug 25 2016 01:39:35     U.S. Small Business Administration,
                 801 Tom Martin Dr., Ste. 120,    Birmingham, AL 35211-6424
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              BankUnited, FSB
cr              Chase Home Finance, LLC, as Servicer for the Mortg
cr              JPMorgan Chase Bank, N.A., et al
cr              PNC Bank, N.A., Successor by Merger to National Ci
cr              The Bank of New York Mellon
cr              Vericrest Financial Inc. f/k/a The CIT Group/Sale
12462101        Bank of America,,    National Association
cr*            +Fifth Third Bank,    P. O. Box 829009,    Dallas, Tx 75382-9009
cr*            +PYOD, LLC,    c/o Resurgent Capital Services,    Po Box 19008,    Greenville, SC 29602-9008
12367284*      +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
12378030*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   INTERNAL REVENUE SERVICE,    PO BOX 21126,    PHILADELPHIA, PA 19114)
12373743*      +Wells Fargo Bank, N.A.,    Bankruptcy Department,    One Home Campus MAC X2302-04C,
                 Des Moines, IA 50328-0001
12393707       ##+EMC Mortgage,    P.O. Box 660753,    Dallas, TX 75266-0753
                                                                                        TOTALS: 8, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A., et al
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Derek K. Koget    on behalf of Creditor    Allegheny County dkoget@grblaw.com, cnoroski@grblaw.com
              Gary J. Gaertner    on behalf of Creditor    Chase Home Finance, LLC, as Servicer for the Mortgagee
               of Record pawb@fedphe.com, james.prostko@phelanhallinan.com;garygaertner@gmail.com

```
District/off: 0315-2                  User: gamr                    Page 3 of 3                    Date Rcvd: Aug 24, 2016
                                      Form ID: pdf900               Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee     Office of the United States Trustee Heather.Sprague@usdoj.gov,
          Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
          Hilary B. Bonial    on behalf of Creditor    Fifth Third Bank notice@bkcylaw.com
          Jeffrey T. Grossman    on behalf of Creditor    The Bank of New York Mellon     JGrossman@grossmanfirm.com, JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
          Lisa DiCerbo    on behalf of Creditor    Internal Revenue Service     lisa.dicerbo@irscounsel.treas.gov, lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
          Margaret Gairo    on behalf of Creditor    BankUnited, FSB ecfmail@mwc-law.com
          Mary F. Kennedy    on behalf of Creditor    Bank of America, N.A. mary@javardianlaw.com, tami@javardianlaw.com
          Michael J. Henny    on behalf of Debtor Brian S. Corridoni m.henny@hennylaw.com, s.kennedy@hennylaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Sherri J. Braunstein    on behalf of Creditor    Vericrest Financial Inc. f/k/a The CIT Group/Sales Financing Inc. as Servicer for The Bank of New York Mellon formerly known as The Bank of New York on behalf of CIT Mortgage Loan 2007-1 sbraunstein@udren.com, vbarber@udren.com
          Stuart P. Winneg    on behalf of Creditor    Vericrest Financial Inc. f/k/a The CIT Group/Sales Financing Inc. as Servicer for The Bank of New York Mellon formerly known as The Bank of New York on behalf of CIT Mortgage Loan 2007-1 swinneg@udren.com, cblack@udren.com

                                                                             TOTAL: 14